# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-891
Lower Tribunal No. CF22-003576-XX

_____

SHANOVIA TENNILLE NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Richard (Dick) G. Prince, Judge.

January 23, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and GANNAM, JJ., concur.

Howard L. "Rex" Dimmig, II, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED